**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raymundo BARRAGAN–GONZALEZ, aka Raymondo Barragan–Gonzalez, aka Raymundo Gonzalez, aka Raymond Barragan, Defendant–Appellant.**

**No. 03–50033.
D.C. No. CR–02–00408–DDP.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 17, 2003.

Ronald L. Cheng, Esq., Janet C. Hudson, Esq., USLA —Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, FPD, FPDCA–Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant–Appellant.

Before WARDLAW, BERZON and CLIFTON, Circuit Judges.

MEMORANDUM **

Raymundo Barragan–Gonzalez appeals his conviction and 66–month sentence imposed after his guilty plea to being an alien found in the United States following his official deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Barragan–Gonzalez' counsel has submitted a brief stating that he has found no meritorious issues for review. No supplemental pro se brief has been filed, nor did the government file a brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

1. We grant Krause's request for judicial notice, and deny her motion to strike.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.